IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMED AL-ZARNOUQI, *et al.* )<br>)<br>)<br>*Petitioners/Plaintiffs*, )<br>)<br>v. )<br>)     No. 06-1767 (CKK)<br>GEORGE W. BUSH, *et al.* )<br>) **AMENDED CERTIFICATE OF SERVICE**<br>)<br>*Respondents/Defendants*. ) | |

Brian J. Neff, of full age, hereby certifies as follows:

1. The October 16, 2006, Certificate of Service that was attached to the Petition for *Habeas Corpus* in this matter indicated that on that date the Petition was served on the persons listed in the Certificate. On October 17, 2006, I learned that, due to a clerical error, the service copies of the Petition had not been mailed on October 16, 2006. The Petition was served, by Certified Mail, Return Receipt Requested, on the persons listed in the October 16, 2006, Certificate of Service, on October 17, 2006.

Date: 10/19/06

CH2\ 1546023.2