IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMED AL-ZARNOUQI, *et al.* )<br>)<br>)<br>*Petitioners/Plaintiffs*, )<br>)<br>v. )<br>)    No. 06-1767 (RMU)<br>GEORGE W. BUSH, *et al.* )<br>)<br>)<br>*Respondents/Defendants*. ) | |

## MOTION FOR ENTRY OF PROTECTIVE ORDER

PLEASE TAKE NOTICE that on such date as the Court shall determine, Petitioners, by and through undersigned counsel, shall move for an order for the entry of the Protective Order in this matter as set forth in the accompanying Memorandum in Support of Petitioners' Motion.

A proposed Order is attached hereto.

Dated: New York, New York
October 20, 2006

Respectfully submitted,

Counsel for Petitioners:

Charles H.R. Peters
Beth D. Jacob
Michael W. Drumke
Donald A. Klein
Brian J. Neff
SCHIFF HARDIN LLP
623 Fifth Avenue
New York, New York 10022
Tel: (212) 753-5000
Fax: (212) 753-5044
     *and*
6600 Sears Tower
Chicago, IL 60606
Tel: (312) 258-5500
Fax: (312) 258-5600

*Of Counsel*
Barbara J. Olshansky (NY0057)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499

CH2\ 1550912.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMED AL-ZARNOUQI, *et al.*    )
                                 )
                                 )
*Petitioners/Plaintiffs*,        )
                                 )
    v.                           )
                                 )    No. 06-1767 (RMU)
GEORGE W. BUSH, *et al.*         )
                                 )
                                 )
*Respondents/Defendants*.        )

## PETITIONERS' MEMORANDUM IN SUPPORT OF MOTION FOR ENTRY OF PROTECTIVE ORDER

Petitioners respectfully request that the Court enter the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba, first issued on November 8, 2004 (344 F. Supp. 2d 174 (D.D.C. 2004)), the Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, first issued on December 13, 2004, and the Order Addressing Designation Procedures for "Protected Information," first issued on November 10, 2004, in the In re Guantanamo Bay Detainee Cases (hereinafter referred to collectively as "the Protective Order").

The undersigned counsel are in the process of scheduling a mid-December trip to Guantánamo Bay for their first meeting with the only still-detained petitioner in the other pending *habeas* case in which counsel are involved. The Petition in that case, *Al Subaie v. Bush*, No. 05-2216 (RCL), was filed in November 2005, but the Protective Order was only recently

entered. Counsel hope to obtain entry of the Protective Order in the above-captioned case in order to meet with the two detained Petitioners they represent in this matter during that same trip.

The government conditions petitioners' right to access to counsel upon entry of the Protective Order, and undersigned counsel are prohibited from meeting with Petitioners until the Protective Order is entered. In the absence of that Order, counsel are also prohibited from sending or receiving legal mail from Petitioners and are therefore unable to initiate, let alone establish, a functioning attorney-client relationship. The Protective Order has been entered as a matter of course in nearly all the pending Guantánamo *habeas* cases. Entry of the Protective Order in the case at bar would afford the Petitioners the opportunities provided to detainees in those other cases to meet with their attorneys at Guantánamo Bay, to send them privileged attorney-client mail, and to received such mail by way of the legal mail procedures outlined in the Protective Order.

Pursuant to Local Civil Rule 7(m), the undersigned counsel for Petitioners sent an email to counsel for Respondents on this date, asking if Respondents would consent to entry of the Protective Order in this matter. No response to that inquiry has been received. Due to the time-sensitive nature of this motion, and because counsel believes, based on the positions taken by Respondents in other cases, that it is unlikely Respondents will consent, Petitioners have proceeded with the filing of this motion.

Although Petitioners are moving for entry of the Protective Order, they reserve the right to challenge or seek modification of any particular terms of the Protective Order in the future, and to ask this Court to review any designation made by respondents of particular information as

2

"protected," as may be appropriate.

Dated: New York, New York
       October 20, 2006

                                    Respectfully submitted,

                                    Counsel for Petitioners:

                                    _____
                                    Charles H.R. Peters
                                    Beth D. Jacob
                                    Michael W. Drumke
                                    Donald A. Klein
                                    Brian J. Neff
                                    SCHIFF HARDIN LLP
                                    623 Fifth Avenue
                                    New York, New York 10022
                                    Tel: (212) 753-5000
                                    Fax: (212) 753-5044
                                         *and*
                                    6600 Sears Tower
                                    Chicago, IL 60606
                                    Tel: (312) 258-5500
                                    Fax: (312) 258-5600

                                    *Of Counsel*
                                    Barbara J. Olshansky (NY0057)
                                    CENTER FOR CONSTITUTIONAL RIGHTS
                                    666 Broadway, 7th Floor
                                    New York, New York 10012
                                    Tel: (212) 614-6439
                                    Fax: (212) 614-6499

CH2\ 1550808.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMED AL-ZARNOUQI, *et al.*        )
                                      )
                                      )
*Petitioners/Plaintiffs*,             )
                                      )
    v.                                )
                                      )  No. 06-1767 (RMU)
GEORGE W. BUSH, *et al.*              )
                                      )
                                      )
*Respondents/Defendants*.             )

## ORDER ENTERING PROTECTIVE ORDER

The Court, having considered Petitioners' Motion for entry in the above-captioned matter of the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba, first issued on November 8, 2004 (344 F. Supp. 2d 174 (D.D.C. 2004)), the Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, first issued on December 13, 2004, and the Order Addressing Designation Procedures for "Protected Information," first issued on November 10, 2004, in the In re Guantanamo Bay Detainee Cases (hereinafter referred to collectively as "the Protective Order"),

IT IS HEREBY ORDERED that the Motion is granted and the Protective Order is entered in this case.

Dated:

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
Hon. Ricardo M. Urbina, U.S.D.J.