IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MOHAMED AL-ZARNOUQI, *et al.* | ) | |
| | ) | |
| *Petitioners/Plaintiffs,* | ) | |
| | ) | |
| v. | ) | No. 06-1767 (RMU) |
| | ) | |
| GEORGE W. BUSH, *et al.* | ) | |
| | ) | |
| *Respondents/Defendants.* | ) | |

## MOTION FOR EXPEDITED RULING ON
## MOTION FOR ENTRY OF PROTECTIVE ORDER

PLEASE TAKE NOTICE that on such date as the Court shall determine, Petitioners, by and through undersigned counsel, shall move for an expedited ruling on their pending Motion for Entry of the Protective Order in this matter, as set forth in the accompanying Memorandum in Support of Petitioners' Motion.

Dated: New York, New York
   November 30, 2006

Respectfully submitted,

Counsel for Petitioners:

_____
Charles H.R. Peters
Beth D. Jacob
Michael W. Drumke
Donald A. Klein
Brian J. Neff
SCHIFF HARDIN LLP
623 Fifth Avenue
New York, New York 10022
Tel: (212) 753-5000
Fax: (212) 753-5044
    *and*
6600 Sears Tower
Chicago, IL 60606
Tel: (312) 258-5500
Fax: (312) 258-5600

*Of Counsel*
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499

CH2\ 1584312.1