IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMED AL-ZARNOUQI, *et al.* )<br>)<br>)<br>*Petitioners/Plaintiffs*, )<br>)<br>v. )<br>) No. 06-1767 (RMU)<br>GEORGE W. BUSH, *et al.* )<br>)<br>)<br>*Respondents/Defendants*. ) | |

**PETITIONERS' MEMORANDUM IN SUPPORT OF
MOTION FOR EXPEDITED RULING ON MOTION
FOR ENTRY OF PROTECTIVE ORDER**

Petitioners respectfully request that the Court issue an expedited ruling on their pending Motion for Entry of Protective Order. Petitioners filed their Motion for Entry of the Protective Order on October 20, 2006. On November 3, 2006, Respondents filed their opposition to that motion. Petitioners filed a reply memorandum on November 10, 2006.

As Counsel for Petitioners indicated in their initial memorandum and their reply memorandum, they are scheduled to travel to Guantánamo on December 11, 2006, to meet with the one detainee they represent in another pending *habeas* case. Respondents have indicated they will not allow counsel to meet with Petitioners during that trip unless the Protective Order is entered in this matter. If the Court is inclined to grant Petitioners Motion for Entry of the Protective Order, an expeditious ruling on the motion would allow counsel to meet with all three detained clients during the December 11 trip, and thus save the considerable time and costs that

will be incurred if separate trips are required. Also, considering that Petitioners have been incarcerated for a number of years without access to counsel, they should be permitted to meet with their attorneys without significant further delay.

Based upon the foregoing, Petitioners respectfully request an expedited ruling on their pending motion for entry of the Protective Order in this matter.


Dated: New York, New York
       November 30, 2006

                              Respectfully submitted,

                              Counsel for Petitioners:

                              */s/*
                              Charles H.R. Peters
                              Beth D. Jacob
                              Michael W. Drumke
                              Donald A. Klein
                              Brian J. Neff
                              SCHIFF HARDIN LLP
                              623 Fifth Avenue
                              New York, New York 10022
                              Tel: (212) 753-5000
                              Fax: (212) 753-5044
                                    *and*
                              6600 Sears Tower
                              Chicago, IL 60606
                              Tel: (312) 258-5500
                              Fax: (312) 258-5600

                              *Of Counsel*
                              CENTER FOR CONSTITUTIONAL RIGHTS
                              666 Broadway, 7th Floor
                              New York, New York 10012
                              Tel: (212) 614-6439
                              Fax: (212) 614-6499


CH2\ 1584401.1