IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMED AL-ZARNOUQI, *et al.*  <br><br>  Petitioners,  <br><br> v.  <br><br>GEORGE W. BUSH,  <br> President of the United States,  <br> *et al.,*  <br><br>  Respondents. | Civil Action No. 06-CV-1767 (RMU) |

## ATTORNEY APPEARANCE

 Undersigned counsel, Terry M. Henry, hereby enters his appearance as one of the counsel for respondents in the above-named case.

Dated: November 30, 2006    Respectfully submitted,

               PETER D. KEISLER
               Assistant Attorney General

               DOUGLAS N. LETTER
               Terrorism Litigation Counsel

                /s/ *Terry M. Henry*
               TERRY M. HENRY
               Senior Trial Counsel
               United States Department of Justice
               Civil Division, Federal Programs Branch
               20 Massachusetts Ave., N.W.
               Washington, DC  20530
               Tel:  (202) 514-4107

               Attorneys for Respondents