## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MOHAMED AL-ZARNOUQI, *et al.*, | ) | |
| | ) | |
| *Petitioners,* | ) | Civil Action No. 06-cv-01767-RMU |
| | ) | |
| *v.* | ) | |
| | ) | |
| GEORGE W. BUSH, *et al.*, | ) | |
| | ) | |
| *Respondents.* | ) | |
| | ) | |

## NOTICE OF FILING

To:  Terry Henry, Esq., Senior Trial Attorney
Andrew I. Warden, Esq., Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 7144
Washington, DC 20530

PLEASE TAKE NOTICE that on the 26th day of January, 2007, we filed with the U.S. Department of Justice Litigation Security Section a copy of Petitioners' Motion For An Order Requiring Respondents To Produce Petitioners' Factual Returns, and the supporting Memorandum of Points and Authorities.

Counsel for Petitioners

SCHIFF HARDIN LLP
623 Fifth Avenue
New York, New York 10022
Tel: (212) 753-5000
Fax: (212) 753-5044
*and*
6600 Sears Tower
Chicago, Illinois 60606
Tel: (312) 258-5500
Fax: (312) 258-5600

By: _____
Brian J. Neff