IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MOHAMED AL-ZARNOUQI, *et al.*,<br>*Petitioners*<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br>*Respondents.* | Civil Action No. 06-cv-01767-RMU<br><br>[ORAL ARGUMENT REQUESTED] |

## MOTION FOR AN ORDER REQUIRING RESPONDENTS
## TO PRODUCE PETITIONERS' FACTUAL RETURNS

For the reasons set forth in their supporting Memorandum of Points and Authorities, Petitioners Mohamed Al-Zarnouqi and Mashour Abdullah Muqbel Alsabri, (hereinafter referred to collectively as "Petitioners"), together with Next Friend Mohamed Muqbel Ahmed Alsabri as Co-Petitioner, by and through undersigned counsel, respectfully request that this Court enter an order requiring Respondents to produce Petitioners' factual returns within twenty (20) days.

Pursuant to Local Civil Rule 7(m), the undersigned conferred with Respondents' counsel regarding the relief sought in this Motion, and Respondents' counsel opposes the motion.

Petitioners respectfully request oral argument.

A proposed Order is attached as Exhibit P of the accompanying Memorandum of Points and Authorities.

                    Respectfully submitted,

                    Counsel for Petitioners

SCHIFF HARDIN LLP
623 Fifth Avenue
New York, New York 10022
Tel: (212) 753-5000
Fax: (212) 753-5044
    and
6600 Sears Tower
Chicago, Illinois 60606
Tel: (312) 258-5500
Fax: (312) 258-5600

By: _____
    Brian J. Neff

Of Counsel
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499

Dated: January 25, 2007

NY\5119104.1