IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMED AL-ZARNOUQI, *et al.*, ) <br> ) <br> *Petitioners*, ) <br> ) <br> *v.* ) <br> ) <br> GEORGE W. BUSH, *et al.*, ) <br> ) <br> *Respondents*. ) <br> ) | Civil Action No. 06-cv-01767-RMU |

## NOTICE OF FILING

To:   Terry Henry, Esq., Senior Trial Attorney
    Andrew I. Warden, Esq., Trial Attorney
    U.S. Department of Justice
    Civil Division, Federal Programs Branch
    20 Massachusetts Ave., NW, Room 7144
    Washington, DC 20530

    PLEASE TAKE NOTICE that on the 6th day of February, 2007, we filed with the U.S. Department of Justice Litigation Security Section a copy of Petitioners' Reply In Further Support of Their Motion For An Order Requiring Respondents To Produce Petitioners' Factual Returns.

    Counsel for Petitioners

    SCHIFF HARDIN LLP
    623 Fifth Avenue
    New York, New York  10022
    Tel:  (212) 753-5000
    Fax: (212) 753-5044
        *and*
    6600 Sears Tower
    Chicago, Illinois  60606
    Tel:  (312) 258-5500
    Fax: (312) 258-5600

    By: _____
        Brian J. Neff

NY\ 5121052.1