IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMED AL-ZARNOUQI, *et al.*, )<br>)<br>*Petitioners*, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, *et al.*, )<br>)<br>*Respondents*. )<br>) | Civil Action No. 06-cv-01767-RMU |

## NOTICE OF FILING

To:   Terry Henry, Esq., Senior Trial Attorney
      Andrew I. Warden, Esq., Trial Attorney
      U.S. Department of Justice
      Civil Division, Federal Programs Branch
      20 Massachusetts Ave., NW, Room 7144
      Washington, DC 20530

    PLEASE TAKE NOTICE that on the 16th day of April, 2007, we filed with the U.S. Department of Justice Litigation Security Section a copy of Petitioners' Memorandum of Points and Authorities in Opposition to Respondents' Motion to Vacate or Stay Order Requiring Production of Factual Returns.

                                                            Counsel for Petitioners

                                                            SCHIFF HARDIN LLP
                                                            623 Fifth Avenue
                                                            New York, New York  10022
                                                            Tel:  (212) 753-5000
                                                            Fax:  (212) 753-5044
                                                              *and*
                                                           6600 Sears Tower
                                                           Chicago, Illinois  60606
                                                           Tel:  (312) 258-5500
                                                           Fax:  (312) 258-5600

                                                           By: _____
                                                             Brian J. Neff