IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMED AL-ZARNOUQI, *et al.*, )<br>)<br>*Petitioners*, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, *et al.*, )<br>)<br>*Respondents*. )<br>) | Civil Action No. 06-cv-01767-RMU |

## NOTICE OF FILING

To:  Terry Henry, Esq., Senior Trial Attorney
     Andrew I. Warden, Esq., Trial Attorney
     U.S. Department of Justice
     Civil Division, Federal Programs Branch
     20 Massachusetts Ave., NW, Room 7144
     Washington, DC 20530

PLEASE TAKE NOTICE that on the 3rd day of May, 2007, we filed with the U.S. Department of Justice Litigation Security Section a copy of Petitioners' Memorandum of Points and Authorities in Opposition to Respondents' Motion to Dismiss.

Counsel for Petitioners

SCHIFF HARDIN LLP
623 Fifth Avenue
New York, New York 10022
Tel: (212) 753-5000
Fax: (212) 753-5044
    *and*
6600 Sears Tower
Chicago, Illinois 60606
Tel: (312) 258-5500
Fax: (312) 258-5600

By: _____
    Brian J. Neff

CH2\ 1838913.1