*FILED VIA ECF BY PERMISSION OF JUSTICE DEPARTMENT*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MOHAMED AL-ZARNOUQI,** *et al.*, <br> Petitioners, <br><br> v. <br><br> **GEORGE W. BUSH,** *et al.*, <br> Respondents. | ) <br> ) <br> ) <br> ) <br> )     06-cv-01767 (RMU) (AK) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF NON-OPPOSITION TO RESPONDENTS' MOTION TO DESIGNATE PARAGRAPH 9 OF BUZBY DECLARATION AS "PROTECTED INFORMATION"

Having reviewed the declaration submitted by Respondents in support of their motion in the above-captioned case to treat as "protected" the information in paragraph 9 of the Declaration of Rear Admiral Mark H. Buzby, dated February 8, 2008, Petitioners have elected not to oppose Respondents' motion.

Dated: New York, NY
March 11, 2008

                                       Respectfully submitted,

                                       SCHIFF HARDIN LLP
                                       900 Third Avenue
                                       New York, New York  10022
                                       Tel:    (212) 753-5000
                                       Fax:   (212) 753-5044
                                             *and*
                                       6600 Sears Tower
                                       Chicago, Illinois  60606
                                       Tel:    (312) 258-5500
                                       Fax:   (312) 258-5600

                                       Counsel for Petitioners


                                       By:    /s/ Brian J. Neff
                                       Brian J. Neff

NY\50290828.1