IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MOHAMED AL-ZARNOUQI, *et al.*,<br>   *Petitioners*,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br>   *Respondents*. | Civil Action No. 06-cv-01767-RMU |

## ATTORNEY APPEARANCE

Undersigned counsel, Jeffrey S. Jacobovitz, hereby enters his appearance as one of the counsel for Petitioners in the above-named case.

Dated:   July 7, 2008               Respectfully submitted,


        */s/ Jeffrey S. Jacobovitz*
Jeffrey S. Jacobovitz (DC Bar #346569)
SCHIFF HARDIN LLP
1666 K Street NW, Suite 300
Washington, DC 20006
Tel: (202) 778-6400
Fax: (202) 778-6460

NY\50364640.1