IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| PETITIONERS SEEKING HABEAS ) | Misc. No. 08-442 (TFH) |
| CORPUS RELIEF IN RELATION TO PRIOR ) | Civil Action No. 06-cv-01767 (RMU) |
| DETENTION AT GUANTANAMO BAY ) | |
| ) | |

STATUS REPORT PURSUANT TO
JULY 11, 2008 SCHEDULING ORDER

In accordance with the July 11, 2008, Order of this Court, Petitioners from the matter *Mohamed Al-Zarnouqi and Mashour Abdullah Muqbel Alsabri v. Bush,* Civil Action No. 06-cv-01767 (RMU), submit these summary status reports through their counsel Schiff Hardin LLP:

**Mohamed Al-Zarnouqi**

1. Mohamed Al-Zarnouqi, a Yemeni national, is currently imprisoned at United States Naval Station at Guantánamo Bay, Cuba ("Guantánamo"). He has been held there for six years.

2. Petitioner Al-Zarnouqi filed a petition for a writ of habeas corpus October 18, 2006.

3. Petitioner Al-Zarnouqi moved October 20, 2006, for entry of a protective order, which would enable counsel to visit and communicate with him. Respondents opposed that motion.

4. An order was entered by Judge Urbina of this Court dated December 4, 2006, granting the motion for the protective order, requiring respondents to give petitioner Al-Zarnouqi's counsel 30 days notice of intent to move him from Guantánamo, and staying the case. Respondents filed a notice of appeal of that order with respect to the 30 days notice February 2,

2007, in the U.S. Court of Appeals for the D.C. Circuit. That appeal is still pending under docket No. 07-5148.

5. Petitioner Al-Zarnouqi moved January 26, 2007 for an order requiring respondents to produce a factual return. Respondents opposed that motion. The motion was granted February 14, 2007. Respondents moved to vacate or stay that order. That motion became moot with respondents' filing of the factual return.

6. Respondents filed a factual return to petitioner Al-Zarnouqi's petition for a writ of habeas corpus April 23, 2007. Respondents submitted the factual return under seal. According to respondents: "One copy of the factual return is being submitted to the Court for *in camera* review. Another copy of the factual return, containing information suitable for disclosure to counsel under seal, is being made available to petitioner's counsel who have been issued security clearances, consistent with the Protective Order." A third copy of the factual return "suitable for public release" was filed on the Court's docket. Al-Zarnouqi Factual Return at 2.

7. Respondents moved to dismiss the petition for lack of jurisdiction April 19, 2007. That motion was granted without prejudice September 20, 2007. However, on October 5, 2007, the Court granted petitioner's motion for reconsideration and vacated its September 20 order.

8. To the best of our knowledge, petitioner Al-Zarnouqi has not been cleared for transfer from Guantánamo.

9. Petitioner Al-Zarnouqi was designated as an enemy combatant at a Combatant Status Review Tribunal convened November 10, 2004. Petitioner Al-Zarnouqi was denied due process at this tribunal, including the right to counsel, the right to confront witnesses against him, the right to confront the evidence against him, and the right to call certain witnesses, as well as other procedural deficiencies. The evidence presented against him was insufficient, based on

2

hearsay, circular, and, upon information and belief, obtained at least in part by torture. The information concerning the CSRT's conclusions is included in this petition for the convenience of the Court in understanding the procedural posture of this proceeding, although petitioner rejects the CSRT and related proceedings as a nullity and they should not be considered by the Court in this proceeding for a writ of habeas corpus.

10. Petitioner Al-Zarnouqi is not the subject of criminal charges before a military commission.

11. Petitioner Al-Zarnouqi filed a petition for review pursuant to the Detainee Treatment Act in the U.S. Court of Appeals for the D.C. Circuit. A stipulation of dismissal is pending.

**Mashour Abdullah Muqbel Alsabri**

1. Mashour Abdullah Muqbel Alsabri, a Yemeni national, is currently imprisoned at United States Naval Station at Guantánamo Bay, Cuba ("Guantánamo"). He has been held there for six years.

2. Petitioner Alsabri filed a petition for a writ of habeas corpus October 18, 2006.

3. Petitioner Alsabri moved October 20, 2006, for entry of a protective order, which would enable counsel to visit and communicate with him. Respondents opposed that motion.

4. An order was entered by Judge Urbina of this court dated December 4, 2006, granting the motion for the protective order, requiring respondents to give petitioner Alsabri's counsel 30 days notice of intent to move him from Guantánamo, and staying the case. Respondents filed a notice of appeal of that order with respect to the 30 days notice February 2, 2007, in the U.S. Court of Appeals for the D.C. Circuit. That appeal is still pending under docket No. 07-5148.

5. Petitioner Alsabri moved January 26, 2007 for an order requiring respondents to produce a factual return. Respondents opposed that motion. The motion was granted February 14, 2007. Respondents moved to vacate or stay that order. That motion became moot with respondents' filing of the factual return.

6. Respondents filed a factual return to petitioner Alsabri's petition for a writ of habeas corpus April 23, 2007. Respondents submitted the factual return under seal. According to respondents: "One copy of the factual return is being submitted to the Court for *in camera* review. Another copy of the factual return, containing information suitable for disclosure to counsel under seal, is being made available to petitioner's counsel who have been issued security clearances, consistent with the Protective Order." A third copy of the factual return "suitable for public release" was filed on the Court's docket. Alsabri Factual Return at 2.

7. Respondents moved to dismiss the petition for lack of jurisdiction April 19, 2007. That motion was granted without prejudice September 20, 2007. However, on October 5, 2007, the Court granted petitioner's motion for reconsideration and vacated its September 20 order.

8. To the best of our knowledge, petitioner Alsabri has not been cleared for transfer from Guantánamo.

9. Petitioner Alsabri was designated as an enemy combatant at a Combatant Status Review Tribunal convened November 13, 2004. Petitioner Alsabri did not participate in the CSRT proceeding. He was denied due process at this tribunal, including the right to counsel, the right to confront witnesses against him, the right to confront the evidence against him, and the right to call witnesses, as well as other procedural deficiencies. The evidence presented against him was insufficient, based on hearsay, circular, and, upon information and belief, obtained at least in part by torture. The information concerning the CSRT's conclusions is included in this

petition for the convenience of the Court in understanding the procedural posture of this proceeding, although petitioner rejects the CSRT and related proceedings as a nullity and they should not be considered by the Court in this proceeding for a writ of habeas corpus.

10. Petitioner Alsabri is not the subject of criminal charges before a military commission.

11. Petitioner Alsabri filed a petition for review pursuant to the Detainee Treatment Act in the U.S. Court of Appeals for the D.C. Circuit. A stipulation of dismissal is pending.

Dated: New York, New York
       July 18, 2008

Respectfully submitted,

Jeffrey S. Jacobovitz (D.C. Bar No. 346569)
Beth D. Jacob
Donald A. Klein
Brian J. Neff
Charles H. Peters
Schiff Hardin LLP
900 Third Avenue
New York, NY 10022
212-753-5000
212-753-5044 (fax)
      and
6600 Sears Tower
Chicago, IL 60606
      and
1666 K Street, N.W.
Washington, D.C. 20006

Attorneys for Petitioners

NY\50372242.3