IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: )<br>)<br>GUANTANAMO BAY )<br>DETAINEE LITIGATION ) | Misc. No. 08-442 (TFH)<br><br>Civil Action No. 06-01767 (RMU) |

## NOTICE OF JOINDER

Petitioners Mohamed Al-Zarnouqi and Mashour Abdullah Muqbel Alsabri, together with Next Friend Mohamed Muqbel Ahmed Alsabri as Co-Petitioner in the above-captioned case join in "Petitioners' Response To Respondents' Motion For Relief From Scheduling Order," filed September 8, 2008 with the Court Security Office. The Notice of Filing of this Response was filed as Misc. Docket Entry #357.

Dated: New York, NY
September 9, 2008

                                        Respectfully submitted,

                                        SCHIFF HARDIN LLP
                                        900 Third Avenue
                                        New York, New York  10022
                                        Tel:   (212) 753-5000
                                        Fax:   (212) 753-5044
                                              *and*
                                        6600 Sears Tower
                                        Chicago, Illinois  60606
                                        Tel:   (312) 258-5500
                                        Fax:   (312) 258-5600

                                        Counsel for Petitioners


                                        By:_____/s/ Brian J. Neff_____
                                              Brian J. Neff

NY\50406557.1