## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **MOHAMED AL-ZARNOUQI,** *et al.,*<br>  *Petitioners,*<br><br>  *v.*<br><br>**GEORGE W. BUSH,** *et al.,*<br>  *Respondents.* | ) ) ) ) ) ) ) ) ) ) ) | **Civil Action No. 06-cv-01767-RMU** |

### NOTICE OF WITHDRAWAL OF APPEARANCE

The Clerk of the Court will please enter the withdrawal of appearance of undersigned counsel, Jeffrey S. Jacobovitz, as counsel of record for Petitioners in the above-named case.

Dated:        January 12, 2009                Respectfully submitted,


_____*/s/ Jeffrey S. Jacobovitz*_____
Jeffrey S. Jacobovitz (DC Bar #346569)
SCHIFF HARDIN LLP
1666 K Street NW, Suite 300
Washington, DC 20006
Tel: (202) 778-6400
Fax: (202) 778-6460

NY\50475917.1