IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MASHOUR ABDULLAH MUQBEL AL-SABRI,<br>    *Petitioner*,<br><br>          v.<br><br>BARACK OBAMA, *et al.*,<br>    *Respondents*. | Civil Action No. 06-cv-01767-RMU |

## PETITIONER'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE TRAVERSE TO RESPONDENTS' AMENDED FACTUAL RETURN

Petitioner, Mashour Abdullah Muqbel Al-Sabri, respectfully moves for a 30-day enlargement of time, to and including March 30, 2009, to file his traverse to Respondents' amended factual return. The grounds for this motion are set out below. Pursuant to Local Civil Rule 7(m), counsel for Petitioner has consulted with counsel for Respondents concerning this motion, and Respondents have no objection to the enlargement of time sought.

Under Section I.G of the Amended Case Management Order, dated November 6, 2008, as amended on December 16, 2008 (the "CMO"), in effect in this habeas corpus proceeding, Petitioner's traverse is due fourteen days after Respondents "file[] a notice relating to exculpatory evidence under Section I.D.1 of this Order or within 14 days of the date on which the government files the unclassified factual return, whichever is later." Respondents filed the unclassified factual return on January 9, 2009, and they filed a notice pursuant to Section I.D.1 of

the CMO on February 12, 2009.  Thus, if Respondents' February 12 notice is deemed effective,[1] Petitioner's traverse is now due on February 26, 2009.

An enlargement of time is warranted for at least two reasons.  First, Petitioner is awaiting Respondents' response to a February 8, 2009 request for mandatory discovery under Section I.E.1 of the CMO, and Petitioner is preparing a motion for additional discovery under Section 1.E.2 of the CMO.  Second, in Petitioner's view, a number of outstanding issues remain regarding the adequacy of Respondents' 1.D.1 disclosures.  Until these issues are resolved, it would be premature for Petitioner to file his traverse.

WHEREFORE, Petitioner respectfully submits that his unopposed motion for enlargement of time should be granted.

Dated:    February 25, 2009         Respectfully submitted,

 _/s/ Brian J. Neff_____
Brian J. Neff
SCHIFF HARDIN LLP
900 Third Avenue
New York, NY 10022
Tel: (212) 753-5000
Fax: (212) 753-5044

*Attorneys for Petitioner*

NY\50492075.1

---

[1] Petitioner believes that Respondents have failed to produce all the exculpatory evidence required by the CMO, and that the February 12 notice is not effective.  Petitioner is preparing a motion relating to this issue.