IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMED AL-ZARNOUQI, *et al.*, )<br>)<br>*Petitioners*, )<br>)<br>*v.* )<br>)<br>BARACK OBAMA, *et al.*, )<br>)<br>*Respondents*. )<br>) | Civil Action No. 06-cv-01767-RMU |

### NOTICE OF FILING

PLEASE TAKE NOTICE that on March 13, 2008, Petitioners Mohamed Al-Zarnouqi and Mashour Alsabri each filed a Motion to Compel with the Court Security Office.

Dated:     March 13, 2009                         Respectfully submitted,


                                              */s/ Brian J. Neff*
                                              Brian J. Neff
                                              SCHIFF HARDIN LLP
                                              900 Third Avenue
                                              New York, NY 10022
                                              Tel: (212) 753-5000
                                              Fax: (212) 753-5044

                                              *Attorneys for Petitioner*

NY\50505430.1