# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____

AL-OSHAN *et al.*,                                    :
                                                      :
     Petitioners,                               :
                                                      :
     v.                                         :          Civil Action No.: 05-0520 (RMU)
                                                      :
OBAMA *et al.*,                                       :
                                                      :
     Respondents.                               :
_____:

_____

TUMANI *et al.*,                                      :
                                                      :
     Petitioners,                               :
                                                      :
     v.                                         :          Civil Action No.: 05-0526 (RMU)
                                                      :
OBAMA *et al.*,                                       :
                                                      :
     Respondents.                               :
_____:

_____

SOHAIL,                                               :
                                                      :
     Petitioner,                                :
                                                      :
     v.                                         :          Civil Action No.: 05-0993 (RMU)
                                                      :
OBAMA *et al.*,                                       :
                                                      :
     Respondents.                               :
_____:

_____

ZALITA *et al.*,                                      :
                                                      :
     Petitioners,                               :
                                                      :
     v.                                         :          Civil Action No.:  05-1220 (RMU)
                                                      :
OBAMA *et al.*,                                       :
                                                      :
     Respondents.                               :
_____:

_____
HATIM *et al.*,                                       :
                                                      :
     Petitioners,                       :
                                                      :
     v.                                 :    Civil Action No.: 05-1429 (RMU)
                                                      :
OBAMA *et al.*,                                       :
                                                      :
     Respondents.                       :
_____:

_____
RABBANI *et al.*,                                     :
                                                      :
     Petitioners,                       :
                                                      :
     v.                                 :    Civil Action No.: 05-1607 (RMU)
                                                      :
OBAMA *et al.*,                                       :
                                                      :
     Respondents.                       :
_____:

_____
AL-ZARNOQUI *et al.*,                                 :
                                                      :
     Petitioners,                       :
                                                      :
     v.                                 :    Civil Action No.: 06-1767 (RMU)
                                                      :
OBAMA *et al.*,                                       :
                                                      :
     Respondents.                       :
_____:

_____
KHAIRKHWA *et al.*,                                   :
                                                      :
     Petitioners,                       :
                                                      :
     v.                                 :    Civil Action No.: 08-1805 (RMU)
                                                      :
OBAMA *et al.*,                                       :
                                                      :
     Respondents.                       :
_____:

**ORDER**

In light of the government's status report and accompanying declaration filed on May 15, 2009, it is this 19th day of May, 2009, hereby

**ORDERED** that on or before May 22, 2009, the government shall file a status report informing the court of the approximate number of pages in the medical files of each of the petitioners in the above-captioned cases;[1] and it is

**FURTHER ORDERED** that the government shall honor[2] the court's clearly stated directive that the government review *all* medical files and produce any information therein that it is obligated to disclose pursuant to §§ I.D.1 and I.E.1 of the CMO; and it is

**ORDERED** that until and unless the court orders otherwise, the government shall comply with all of the terms of the court's Omnibus Order of April 23, 2009, including fulfilling its obligation to construe as "reasonably available" materials compiled pursuant to Executive Order 13,492 and information within the possession or control of the director of the Joint Intelligence Group of the Joint Task Force-Guantanamo; and it is

---

[1]  The court expects that the government is already in possession of this information given its proposed twelve to fourteen week delay to review this information.  Indeed, if the government was not already in possession of this information when it filed the May 15, 2009 status report, the court would question the good faith basis for the government's proposed time frame.

[2]  Without prior court authorization and presumably without consultation with the petitioners' counsel, the government has stated its intention to limit the scope of the review of the petitioners' medical files to thirty days before and fourteen days after statements of the petitioners upon which the government relies.  Status Report (May 15, 2009) at 7 & n.4.  The government boldly declares that its proposed time frame "constitutes [its] best effort to strike the appropriate balance between the need to locate information that is reasonably calculated to discover exculpatory information concerning the statements at issue and the need to collect, review, and disclose responsive materials within a reasonable time frame."  The court, however, already balanced these factors when it ordered the government to construe *all* medical records as "reasonably available" within the meaning of §§ I.D.1 and I.E.1 of the CMO.  Omnibus Order (Apr. 23, 2009).  Thus, the court again admonishes the government to comply fully with all of this court's orders.

**FURTHER ORDERED** that the government shall meet and confer with the petitioners'
counsel concerning the timing of the government's production of information so that the
petitioners may, if appropriate, refine their discovery requests to enable a streamlined search for
discoverable documents.

**SO ORDERED**.


RICARDO M. URBINA
United States District Judge