## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MOHAMED AL-ZARNOUQI, *et al.*,<br>   *Petitioners*<br><br>        *v.*<br><br>BARACK H. OBAMA, *et al.*,<br>   *Respondents.* | )<br>)<br>)<br>)<br>)   Civil Action No. 06-cv-01767-RMU<br>)<br>)<br>)<br>)<br>)<br>) |

### PETITIONERS' REQUEST FOR STATUS CONFERENCE

Petitioners Mohamed Al-Zarnouqi and Mashour Alsabri respectfully request that a status conference be scheduled for the purpose of discussing the entry of a scheduling order that establishes dates for completion of discovery by Respondents, the filing of traverses by Petitioners, and the completion of the other matters necessary to bring Petitioners' habeas applications to a decision.

Date:  New York, New York
       November 19, 2009

                    Respectfully submitted,

                    */s/*
                    Brian J. Neff
                    SCHIFF HARDIN LLP
                    900 Third Avenue
                    New York, New York 10022
                    Tel: (212) 753-5000
                    Fax: (212) 753-5044
                    bneff@schiffhardin.com

                    *Attorneys for Petitioners*