# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MOHAMED AL-ZARNOUQI, *et al.*,<br>  *Petitioners,*<br><br>          *v.*<br><br>BARACK H. OBAMA, *et al.*,<br>  *Respondents.* | )<br>)<br>)<br>)<br>)   Civil Action No. 06-cv-01767-RMU<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

The Clerk of the Court will please enter the withdrawal of appearance of undersigned counsel, Ismail Alsheik, as counsel of record for Petitioners in the above-named case.

Dated:      April 9, 2010              Respectfully submitted,



                                                  /s/ Ismail Alsheik
                                                  Ismail Alsheik

                                                  SCHIFF HARDIN LLP
                                                  233 South Wacker Drive
                                                  Chicago, IL 60606
                                                  (312) 258-5500
                                                  (312) 258-5600 facsimile

CH2\8523689.1