## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **MOHAMED AL-ZARNOUQI,** *et al.*,<br>*Petitioners,*<br><br>*v.*<br><br>**BARACK H. OBAMA,** *et al.*,<br>*Respondents.* | )<br>)<br>)<br>)<br>)  No. 06-cv-01767-RMU<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF WITHDRAWAL OF APPEARANCE FOR KEISHA O. COLEMAN

The undersigned law firm of Schiff Hardin LLP represents Petitioner Mohamed al-Zarnouqi in the above-styled case.  On behalf of Petitioner, we hereby notify the Court that Keisha Oldacre Coleman is no longer associated with Schiff Hardin LLP, no longer involved in this case, withdraws as counsel of record, and should be removed from the electronic notifications.  Matthew B. West, Brian J. Neff, and Lisa M. Natter, of Schiff Hardin LLP, and Beth D. Jacob, of Kelley Drye & Warren LLP, will continue their representation of Petitioner.

Dated:    February 6, 2012

                    Respectfully submitted,

                    SCHIFF HARDIN, LLP

                    _____
                    Mathew West
                    Brian J. Neff
                    666 Fifth Avenue
                    New York, NY 10103
                    212-753-5000
                    212-753-5044 (fax)
                       and
                    Lisa M. Natter
                    233 South Wacker Drive

Chicago, IL  60606
   and
Keisha O. Coleman
1201 West Peachtree Street NW
Atlanta, GA  30309


KELLEY DRYE & WARREN LLP

Beth D. Jacob
101 Park Avenue
New York, NY  10178
212-808-7800
212-808-7897 (fax)

*Attorneys for Petitioner Mohamed Ali Salem al-Zarnouqi*