UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMED ALI SALEM AL-ZARNOUQI,

Petitioner,

v.

BARACK H. OBAMA, *et al.*,

Respondents.

Civil Action No. 06-1767 (UNA)

**JOINT STATUS REPORT**

Pursuant to the Court's February 14, 2012 Minute Order, the parties submit this Joint Status Report.

The final, SECRET-level security clearance for Petitioner's experts was recently obtained on April 10, 2012. The Government is presently resolving need-to-know authorization for that expert's review of SECRET-level information identified by Petitioner. Once that issue is resolved, Petitioner will schedule a review of SECRET-level information by that expert as soon as possible.

In addition, the Government has resolved need-to-know authorization for two of Petitioner's other expert witnesses concerning SECRET-level information identified by Petitioner for them to review. Petitioner is scheduling a visit to the secure facility for his other expert in the near future.

In light of the fact that Petitioner's experts are about to begin, review of SECRET-level information, which was delayed as reported in past Joint Status Reports for reasons beyond the control of either party, the parties propose filing a Joint Status Report informing the Court of developments related to these issues on May 16, 2012.

Dated: April 16, 2012

Respectfully submitted,

STUART F. DELERY
Acting Assistant Attorney General

JOSEPH H. HUNT
Branch Director (DC Bar No. 431134)

TERRY M. HENRY
JAMES J. GILLIGAN
Assistant Branch Directors

/s/ Sean W. O'Donnell
SEAN W. O'DONNELL
KIM A. ROBBINS-SEGERS
NICOLE N. MURLEY
TIMOTHY WALTHALL
ANDREW I. WARDEN
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, DC 20530
Tel: (202) 305-4880
Fax: (202) 616-8470
Email: Sean.O'Donnell@usdoj.gov

*Attorneys for Respondents*

By: /s/ Lisa M. Natter

SCHIFF HARDIN LLP
Mathew B. West
Brian J. Neff
666 Fifth Avenue
New York, New York 10103
(212) 753-5000
(212) 753-5044 (fax)
mwest@schiffhardin.com
bneff@schiffhardin.com

Lisa M. Natter
233 S. Wacker Drive, Suite 6600
Chicago, Illinois 60606
(312) 258-5500
(312) 258-5600 (fax)
lnatter@schiffhardin.com

KELLEY DRYE & WARREN LLP
Beth D. Jacob
101 Park Avenue
New York, New York 10178
(212) 808-7800
(212) 808-7897

Barbara A. Miller
Washington Harbour, Suite 400,
3050 K Street, NW
Washington, D.C. 20007
(202) 342-8571
(202) 342-8451

*Attorneys for Petitioner Mohamed Al-Zarnouqi*