UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMED ALI SALEM AL-ZARNOUQI, <br><br> Petitioner, <br><br> v. <br><br> BARACK H. OBAMA, *et al.*, <br><br> Respondents. | Civil Action No. 06-1767 (UNA) |

## RESPONDENTS' STATUS REPORT

Respondents hereby notify the Court that this case and *Alhag (ISN 686) v. Obama*, No. 05-CV-2199 (RCL), the habeas corpus petition of another Guantanamo Bay detainee, involve common issues of fact related to the two petitioners' recruitment in and travel from Yemen, their retreat from Afghanistan, and their capture in Pakistan.  Because of these common issues of fact, much of the evidence on which Respondents will rely in addressing these issues will be the same.  Additionally, the petitioner in *Alhag* has informed Respondents' counsel that he intends to call several expert witnesses in that case, some of whom may also be expert witnesses designated in this case to opine on related matters.  Chief Judge Lamberth has ordered that the petitioner in *Alhag* designate his expert witnesses in that case by May 31, 2012, and scheduled a merits hearing for October 22, 2012.

Dated:  April 16, 2012         Respectfully submitted,

STUART  F. DELERY
Acting Assistant Attorney General

JOSEPH H. HUNT
Branch Director

TERRY M. HENRY

        JAMES J. GILLIGAN
        Assistant Branch Director

        /s/ Sean W. O'Donnell
        SEAN W. O'DONNELL
        NICOLE N. MURLEY
        KIM A. ROBBINS-SEGERS
        TIMOTHY WALTHALL
        ANDREW I. WARDEN
        Attorneys
        United States Department of Justice
        Civil Division, Federal Programs Branch
        20 Massachusetts Avenue N.W.
        Washington, DC  20530
        Tel: (202) 305-4880
        Fax:  (202) 616-8470
        Email: Sean.O'Donnell@usdoj.gov

        *Attorneys for Respondents*