UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED SALEM AL-ZARNOUQI, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 06-1767 (RCL) |
| ) | |
| BARACK OBAMA, *et al.*, ) | |
| ) | |
| Respondents. ) | |
| ) | |

**FILED**

**JUL 1 2 2012**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

### SCHEDULING ORDER

This matter comes before the Court following a status conference held July 12, 2012. It is hereby

**ORDERED** that the following schedule apply:

| | |
|---|---|
| Deadline for Petitioner to Amend Motions: | October 31, 2012 |
| Deadline for Respondents to File Responses: | November 19, 2012 |
| Deadline for Petitioner's Replies: | December 19, 2012 |

**SO ORDERED** this 2⁷ᵗʰ day of July 2012.

_____
ROYCE C. LAMBERTH
Chief Judge
United States District Court