IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMED AL-ZARNOUQI, *et al.*,

*Petitioners,*

v.

BARACK H. OBAMA, *et al.*,

*Respondents.*

Civil Action No. 06-cv-01767 (RCL)

**FILED**
**OCT 2 5 2012**
Clerk, U.S. District and
Bankruptcy Courts

[PROPOSED] ORDER

Upon consideration of Petitioner's Unopposed Motion To Stay Pending Resolution of Access To Counsel Matters, dated 10/15/12, it is hereby,

**ORDERED**, that this action be stayed until this Court's Order in *In re: Guantanamo Bay Detainee Continued Access to Counsel*, No. 1:12-mc-00398 (D.D.C. Sept. 6, 2012) becomes final, either by passing of the government's time to appeal or seek reconsideration or the final disposition of any appeal of such ruling.

**SO ORDERED**.

Signed by Royce C. Lamberth, Chief Judge, October 23, 2012.