IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MASHOUR ABDULLA MUQBEL AL-SABRI (ISN 324) )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>BARACK H. OBAMA, et al., )<br>)<br>Respondents. )<br>) | Civil Action No. 06-1767 (RCL)<br><br>FILED UNDER SEAL |

## [~~Proposed~~] ORDER

Upon Consideration of Respondents Supplemental Motion to Deem Protected Additional Words in the Proposed Public Factual Return for ISN 324, and a review of the proposed additional redaction submitted via Respondent's Appendix A, it is hereby ORDERED that Respondent's Motion is granted. The information identified by Respondents with green highlighting is deemed protected, pursuant to paragraphs 10 and 34 of the Protective Order governing this proceeding. It is further ORDERED that Respondents remove the highlights from the two words identified by Respondents with yellow highlighting as not meriting protection, and that Respondents file on the public record, through the Court's Electronic Case Filing system, a public version of the factual return, incorporating the changes the Court approves today.

It is SO ORDERED.

Dated: 3/20/13

_Royce C. Lamberth_
ROYCE C. LAMBERTH
United States District Judge

1
PROTECTED INFORMATION – FILED UNDER SEAL