IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MASHOUR ABDULLAH MUQBEL ALSABRI (ISN 324)<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>BARACK OBAMA, President of the United States, *et al.*,<br><br>　　　　　　Respondents. | Civil Action No. 06-1767 (RCL) |

## [Proposed] ORDER

Upon consideration of Respondents' Unopposed Motion for Extension of Time to Respond to the Court's May 6, 2013 Order, it is hereby ORDERED that:

1. Respondents' motion is GRANTED;

2. Respondents shall respond to the Court's May 6, 2013 Order no later than June 12, 2013.

　　　　Signed by Royce C. Lamberth, Chief Judge, on ___June 10___, 2013

1