## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MASHOUR ABDULLAH MUQBEL ALSABRI (ISN 324) and | ) ) ) ) | |
| MOHAMED AL-ZARNOUQI (ISN 691), | ) ) | Civil Action No. 06-1767 (RCL) |
| Petitioners, | ) ) | |
| v. | ) ) | |
| BARACK OBAMA, President of the United States, *et al.*, | ) ) ) | |
| Respondents. | ) ) | |

## NOTICE OF WITHDRAWAL

Undersigned counsel, Barbara A. Miller, hereby withdraws her appearance as counsel for

Petitioners Mashour Abudullah Muqbel Alsabri (ISN 324) and Mohamed Al-Zarnouqi (ISN 691)

in the above-captioned case.

Respectfully Submitted,

Dated:  August 13, 2014

/s/      Barbara A. Miller
Barbara A. Miller
3050 K Street, NW
Washington, DC 20007
(202)342-8400